### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Civil Action No.: 3:11-cv-00307-GCM

**CEDAR GREENE, LLC and O'LEARY GROUP WASTE SYSTEMS, LLC,**

        **Plaintiffs,**

   **v.**

**CITY OF CHARLOTTE,**

        **Defendant.**

**ORDER OF REMAND PURSUANT TO 28 U.S.C. § 1447(c)**

       Pursuant to the parties' Joint Motion To Remand Pursuant to 28 U.S.C. § 1447(c), filed herein on June 30, 2011, on grounds that the Plaintiffs have amended their Complaint to delete and eliminate their federal equal protection claim so that their only remaining claims are those which involve issues of state, not federal, law and the basis for this Court's jurisdiction over the subject matter of this case has thus been eliminated;

       IT IS THEREFORE ORDERED that this case be and hereby is remanded to the Superior Court of Mecklenburg County, North Carolina, from which it was removed, and that Court may thereupon proceed with this case, in accordance with 28 U.S.C. § 1447(c).

       Signed: July 7, 2011

       Graham C. Mullen
       United States District Judge